IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HEATHER LEACH, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:23-cv-1426 |
| § | |
| H.E.B. § | |
| § | |
| Defendant. § | |

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW H.E.B., Defendant in the above-styled and numbered civil action, and files this Notice of Removal to the United States District Court for the Western District of Texas, San Antonio Division, and respectfully shows as follows:

## I.
## PLAINTIFF'S CLAIMS AND PROCEDURAL HISTORY

1. Plaintiff filed her Original Petition on or about October 5, 2023, in the 57th Judicial District Court of Bexar County, Texas. Plaintiff's Original Petition is styled *Heather Leach v. H.E.B.,* Cause No. 2023-CI-21661. Plaintiff, a current employee of Defendant, claims violations of Title VII. *See* Plaintiff's Original Petition, ¶ 15. Plaintiff included with her Petition an EEOC Complaint Form for the Western District of Texas alleging violations of Title VII of the Civil Rights Act of 1964.

2. Defendant was served with process on October 24, 2023.

3. This Notice of Removal is accompanied by: (1) all executed process in the case; (2) the state court's docket sheet, collectively attached hereto as **Exhibit A.** No orders have been signed by the state court in this matter.

## II.
## THIS CASE IS REMOVABLE BASED UPON FEDERAL COURT ORIGINAL JURISDICTION

4. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because Plaintiff asserts a claim under Federal law. Specifically, Plaintiff claims violations of Title VII of the Civil Rights Act of 1964. *See* Exhibit A, Plaintiff's Original Petition, at ¶ 15, Attachment 2 . Thus, this case is properly removable under 28 U.S.C. § 1441(a).

5. This action is one of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and removal is proper under § 28 U.S.C. § 1441(a) and in that Defendant is removing the case to the federal court for the district and division in which the action is currently pending.

## III.
## THIS NOTICE OF REMOVAL IS TIMELY

6. Defendant has timely filed this Notice of Removal within 30 days of its receipt through service of process of a copy of the initial pleading establishing that this case is removable to this Court. 28 U.S.C. § 1446(b). Defendant received service of process on October 24, 2023. Notification of this removal is being filed in the state court where the action is currently pending and this Notice of Removal is also being served on Plaintiff pursuant to 28 U.S.C. § 1446(d). A copy of Defendant's Notification of Removal filed in the state court is attached hereto as **Exhibit B.**

WHEREFORE, PREMISES CONSIDERED, Defendant hereby removes this matter from the 57th Judicial District Court of Bexar County, Texas to this Honorable Court.

Respectfully submitted,

*/s/ Lawrence D. Smith*
Lawrence D. Smith
State Bar No. 18638800
larry.smith@ogletree.com
Alex D. Good
State Bar No. 24092433
alex.good@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2700 Weston Centre
112 East Pecan Street
San Antonio, TX  78205
210.354.1300 (phone)
210.277.2702 (fax)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2023, a true and correct copy of the foregoing was served via email as well as Certified Mail – Return Receipt Requested and Regular First Class Mail upon the following:

**CM-RRR No. 9314 7699 0430 0114 1031 68**
Heather Leach
6700 North Vandiver Road, Apt. 1104
San Antonio, Texas 78209

*/s/ Lawrence D. Smith*
Lawrence D. Smith