FILED
December 09, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:         NM
        DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **HEATHER LEACH,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | NO. SA-23-CV-01426-OLG-ESC |
| § | |
| **HEB,** § | |
| § | |
| **Defendant.** § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed November 6, 2025, concerning Plaintiff's Motion to Vacate Arbitration Award (Dkt. No. 27). (*See* R&R, Dkt. No. 32.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). Plaintiff, who is proceeding pro se, was served with a copy of the R&R via certified mail on November 12, 2025 (*see* Dkt. No. 35), and timely filed her objections on November 18, 2025 (*see* Dkt. No. 36). Defendant filed a response to the objections (*see* Dkt. No. 37), which Plaintiff has moved to strike.

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the

Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

Despite Plaintiff's general and largely conclusory objections (*see generally* Dkt. No. 36 at 1–14), the Court has nevertheless reviewed the R&R de novo and finds that it is in all things correct and should be accepted. The Court therefore **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 32) and, for the reasons set forth therein, Plaintiff's Motion to Vacate Arbitration Award (Dkt. No. 27) is **DENIED**.

Plaintiff's Motion to Strike (Dkt. No. 38) is **DENIED**.

It is so **ORDERED**.

**SIGNED** this _9_ day of December 2025.

_____
ORLANDO L. GARCIA
United States District Judge